Billy Hudson 2/15/2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY ANTHONY

                                        PLAINTIFF

V.          CAUSE NO. 3:23-CV-132-KHJ-MTP

JONATHON WELKER, JACOB
LANG, AND CITY OF PEARL,
MISSISSIPPI

                                        DEFENDANTS


DEPOSITION OF BILLY HUDSON


Taken at the instance of the Plaintiff at Phelps
 Dunbar, 4270 I-55 North, Jackson, Mississippi
              39201, on Thursday,
              February 15, 2024,
          beginning at 10:46 a.m.


REPORTED BY:

ROBIN G. BURWELL, CCR #1651

Billy Hudson 2/15/2024

```
 1    the course of your investigation as an Internal
 2    Affairs investigator with the City of Pearl back
 3    in May of '22?
 4         A.    Yes, sir.
 5         Q.    You didn't include any reference to the
 6    fact in your report that Mr. Anthony was
 7    complaining of chest pains and shortness of breath
 8    in the police car while he was being escorted by
 9    Officer Welker; is that right?
10         A.    Say that again.  I'm sorry.
11         Q.    Your report contains no reference --
12         A.    That's correct.
13         Q.    Sitting here today watching it again, is
14    it relevant to you?
15         A.    Sir, people say things all the time in
16    the back of cars.
17         Q.    You included references that were -- let
18    me ask you my question again.  I understand people
19    may say things in the back of cars.  Do you find
20    it relevant that he was complaining of chest pains
21    while being transported by Officer Welker to the
22    Rankin County jail?
23         A.    He did say he couldn't breathe.
24         Q.    Is that relevant to you during your
25    course of an investigation where he's saying he
```

Billy Hudson 2/15/2024

```
 1    was brutally assaulted and injured by Officer
 2    Welker?
 3         A.    It depends.
 4         Q.    What does it depend upon?
 5         A.    People say officers do things all the
 6    time.
 7         Q.    And it's your job to investigate that,
 8    right?
 9         A.    Yes, sir.
10         Q.    Is it relevant to you that he was
11    complaining of shortness of breath and chest pains
12    while being transported by Officer Welker while
13    you're investigating his complaint that he was
14    injured by Officer Welker?
15         A.    Yes, sir, I just don't remember that in
16    the video.
17         Q.    Well, you see it's in the video --
18         A.    I see it today, yes, sir.
19         Q.    At the time that you were conducting the
20    investigation you didn't include it in your report
21    and -- for whatever reason?
22         A.    Yes, sir, I may have made a mistake.
23         Q.    Okay.  I can play the video if you want
24    me to, but I will tell you there is a portion of
25    the audio and video from the booking area where
```