UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY ANTHONY                                                                         PLAINTIFF

V.                                              CIVIL ACTION NO. 3:23-CV-132-KHJ-MTP

JONATHON WELKER AND JACOB LANG                                    DEFENDANTS

## VERDICT FORM

Defendant Jonathon Welker

1. Do you find that Plaintiff Jimmy Anthony has proved by a preponderance of the evidence that Defendant Jonathon Welker violated his constitutional right to be free from excessive force, as defined by the Court's instructions?

    YES __X__                                                    NO _____

If you answer "YES" to Question 1, proceed to Question 2. If you answer "NO" to Question 1, your deliberations as to Defendant Jonathon Welker are complete.

2. Do you find that Defendant Jonathon Welker is entitled to qualified immunity?

    YES _____                                                   NO __X__

If you answer "YES" to Question 2, your deliberations as to Defendant Jonathon Welker are complete. If you answer "NO" to Question 2, proceed to Question 3.

3. We, the jury, find that Defendant Jonathon Welker is liable to Plaintiff Jimmy Anthony for compensatory damages in the amount of $__60,000.00__.

Defendant Jacob Lang

4. Do you find that Plaintiff Jimmy Anthony has proved by a preponderance of the evidence that Defendant Jacob Lang violated his constitutional right to be free from excessive force, as defined by the Court's instructions?

   YES __X__                                          NO _____

If you answer "YES" to Question 4, proceed to Question 5. If you answer "NO" to Question 4, your deliberations as to Defendant Jacob Lang are complete.

5. Do you find that Defendant Jacob Lang is entitled to qualified immunity?

   YES _____                                         NO __X__

If you answer "YES" to Question 5, your deliberations as to Defendant Jacob Lang are complete. If you answer "NO" to Question 5, proceed to Question 6.

6. We, the jury, find that Defendant Jacob Lang is liable to Plaintiff Jimmy Anthony for compensatory damages in the amount of $__20,000.00__.

## FINALIZATION OF THE VERDICT

If you have completed your deliberations, have your foreperson sign and date in the spaces below, and inform the Court that you have completed your deliberations.

_____                    __4/24/25__
Signature of the Foreperson                Date

2