

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY ANTHONY                                               PLAINTIFF

V.                        CIVIL ACTION NO. 3:23-CV-132-KHJ-MTP

JONATHON WELKER AND JACOB LANG              DEFENDANTS

## VERDICT FORM

<u>Defendant Jonathon Welker</u>

1. Do you find that Defendant Jonathon Welker acted with malice or with reckless indifference to Plaintiff Jimmy Anthony's rights?

   YES __X__                                    NO _____

If you answer "YES" to Question 1, proceed to Question 2. If you answer "NO" to Question 1, your deliberations as to Defendant Jonathon Welker are complete.

2. What amount, if any, do you award as punitive damages against Defendant Jonathon Welker? $__7,500.00__.

<u>Defendant Jacob Lang</u>

3. Do you find that Defendant Jacob Lang acted with malice or with reckless indifference to Plaintiff Jimmy Anthony's rights?

   YES __X__                                    NO _____

If you answer "YES" to Question 3, proceed to Question 4. If you answer "NO" to Question 3, your deliberations as to Defendant Jacob Lang are complete.

4. What amount, if any, do you award as punitive damages against Defendant Jacob Lang? $__2,500.00__.

## FINALIZATION OF THE VERDICT

If you have completed your deliberations, have your foreperson sign and date in the spaces below, and inform the Court that you have completed your deliberations.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇     4/25/25

Signature of the Foreperson         Date