UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY ANTHONY                                                                    PLAINTIFF

V.                                           CIVIL ACTION NO. 3:23-CV-132-KHJ-MTP

JONATHON WELKER AND JACOB LANG                                  DEFENDANTS

FINAL JUDGMENT

From April 22 to April 25, 2025, the Court held a trial on this matter. With all present in open court and having announced ready, the parties presented evidence before a Jury of eight citizens before finally resting. This matter was then submitted to the Jury upon the Court's instructions and counsel's arguments. The Jury retired, deliberated, and returned a verdict for Plaintiff Jimmy Anthony against Defendant Jonathon Welker in the amount of $60,000 and against Defendant Jacob Lang in the amount of $20,000. Jury Verdict [134]. The Jury then awarded Anthony $7,500 against Welker and $2,500 against Lang in punitive damages. Punitive-Phase Jury Verdict [136].

Having received the unanimous verdicts of the Jury, the Court finds that Judgment should now be entered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff Jimmy Anthony against Defendant Jonathon Welker in the amount of $67,500 and against Defendant Jacob Lang in the amount of $22,500. Interest shall run on this amount from this day forward at a rate of 3.972%. *See* 28

U.S.C. § 1961(a); *H.15 Selected Interest Rates*, Bd. of Governors of Fed. Rsrv. Sys. (Apr. 28, 2025), https://www.federalreserve.gov/releases/h15/ [https://perma.cc/3X57-38YC]. Plaintiff Jimmy Anthony is entitled to costs allowable under 28 U.S.C. § 1920 and reasonable attorneys' fees under 42 U.S.C. § 1988(b).

IT IS FURTHER ORDERED that the parties have 28 days from the entry of Judgment to file post-trial motions.

SO ORDERED AND ADJUDGED, this 28th day of April, 2025.

s/ *Kristi H. Johnson*  
UNITED STATES DISTRICT JUDGE